

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PERSEVERANZA S.P.A.,

                Plaintiff,

- against -     ECF Case

AGRENCO MADEIRA COMERICO INTERNACIONAL
LDA, and AGRENCO GROUP a/k/a AGRENCO LTD,

                Defendants.
------------------------------------------------------------X



### DISCLOSURE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: August 13, 2008
       New York, NY

                The Plaintiff,
                PERSEVERANZA S.P.A.

                By: _____
                Patrick F. Lennon
                Kevin J. Lennon
                LENNON, MURPHY & LENNON, LLC
                The Gray Bar Building
                420 Lexington Ave., Suite 300
                New York, NY 10170
                (212) 490-6050
                (212) 490-6070 fax
                pfl@lenmur.com
                kjl@lenmur.com